UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
May 02, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL NO: |
| v. | § § § | **UNDER SEAL** |
| ASHLEY YEN NGUYEN<br>aka Duyen | § § § § § § § § § § § | **19 CR 234** |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A    <u>CRIMINAL INDICTMENT</u>    has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

ASHLEY YEN NGUYEN

☑ DETENTION
☐ RELEASED ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on    April 30    , 20 19 .

_____
UNITED STATES MAGISTRATE JUDGE